# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 25-00662-FMO |
| v. | |
| MARGARET SARAH ORTIZ, | JUDGMENT OF DISCHARGE |
| DEFENDANT. | (Fed. R. Crim. P. 32(k)(1)) |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

[x] the Court has granted the motion of the government for dismissal;
[ ] the Court has granted the motion of the defendant for a judgment of acquittal;
[ ] a jury has been waived, and the Court has found the defendant not guilty;
[ ] the jury has returned its verdict, finding the defendant not guilty;
[ ] an order of dismissal has been entered by the court;
[ ] other (specify below):

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

[x] IT IS ORDERED that the bond of the defendant is hereby exonerated.

September 5, 2025
Date

_Fernando M. Olguin_
United States District Judge

**NOTICE TO U.S. MARSHAL** - This Judgment of Discharge is not a substitute for the Release Form.